Case 1:21-cv-00421-GHW-DCF   Document 22   Filed 04/15/21   Page 1 of 4

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANNON FREMGEN, MARY CHRISTOPHERSON-JUVE, DENISE DELEON, SANDRA WILDE, MICHAEL WILDER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.; HACHETTE BOOK GROUP, INC; HARPERCOLLINS PUBLISHERS L.L.C.; MACMILLAN PUBLISHING GROUP, LLC; PENGUIN RANDOM HOUSE LLC; SIMON & SCHUSTER, INC.,<br><br>Defendants. | Case Number 1:21-cv-351-GHW-DCF<br><br>ORDER |
| JORDAN SACKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case Number 1:21-cv-421-GHW-DCF |
| BONNIE WEINBERGER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case Number 1:21-cv-615-GHW-DCF |

| | |
|---|---|
| MARIACRISTINA BONILLA on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>AMAZON.COM, INC.,<br><br>   Defendant. | Case Number 1:21-cv-01130 |
| ETHAN SILVERMAN and JEFFERY TOMASULO, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>AMAZON.COM, INC.; HACHETTE BOOK GROUP, INC; HARPERCOLLINS PUBLISHERS L.L.C.; MACMILLAN PUBLISHING GROUP, LLC; PENGUIN RANDOM HOUSE LLC; SIMON & SCHUSTER, INC.,<br><br>Defendants. | Case Number 1:21-cv-01256 |
| JEFFREY COOK, and SUSAN COOK, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>AMAZON.COM, INC.; HACHETTE BOOK GROUP, INC; HARPERCOLLINS PUBLISHERS L.L.C.; MACMILLAN PUBLISHING GROUP, LLC; PENGUIN RANDOM HOUSE LLC; SIMON & SCHUSTER, INC.,<br><br>Defendants. | Case Number 1:21-cv-01369-GHW-DCF |

| | |
|---|---|
| CECILY LERNER, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.; HACHETTE BOOK GROUP, INC; HARPERCOLLINS PUBLISHERS L.L.C.; MACMILLAN PUBLISHING GROUP, LLC; PENGUIN RANDOM HOUSE LLC; SIMON & SCHUSTER, INC.,<br><br>Defendants. | Case Number 1:21-cv-01561 |

      Now before the Court is plaintiffs' Unopposed Motion To Appoint Hagens Berman Sobol Shapiro LLP as Interim Lead Counsel for the Proposed Class.

      This motion relates to antitrust cases brought by on behalf of consumers who purchased eBooks from the Defendant publishers through retailers that compete with Defendant Amazon's retail platform.

      The Court concludes that Hagens Berman Sobol Shapiro LLP (Hagens Berman) should be appointed, and is hereby appointed, interim lead counsel in these matters. The Court concludes that such appointment will aid in achieving efficiency and economy in what is likely to be expensive and complicated litigation, and that such appointment will enhance fairness to all parties concerned, as well as the proposed classes.

      In reaching these conclusions, the Court has carefully reviewed the motion and its accompanying submissions, including the declaration and attachment submitted on behalf of Hagens Berman, and has also considered the factors outlined in Rule 23(g) of the Federal Rules of Civil Procedure and other authority cited by the plaintiffs. The plaintiffs' submissions

demonstrate that Hagens Berman satisfies the requirements of Rule 23(g) for appointment as interim lead class counsel. This includes the work counsel has done in identifying or investigating potential claims in the action; counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; counsel's knowledge of the applicable law; and the resources that counsel has available and will commit to representing the class.

The Clerk of Court is directed to terminate the following motions: Case No. 1:21-cv-351-GHW-DCF, Dkt. No. 34; Case No. 1:21-cv-00615-GHW-DCF, Dkt. No. 16; Case No. 1:21-cv-01369-GHW-DCF, Dkt. No. 25; Case No. 1:21-cv-00421-GHW-DCF, Dkt. No. 12; Case No. 1:21-cv-01561-GHW-DCF, Dkt. No. 18; Case No. 1:21-cv-01256-GHW-DCF, Dkt. No. 18; Case No. 1:21-cv-01130-GHW-DCF, Dkt. No 16.

SO ORDERED.

Dated:  April 15, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge